# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD JOHNSON,

       Appellant,

vs.

PATTI, SGRO & LEWIS, P.C.,
DIRECTLY OR, D/B/A PATTI, SGRO,
LEWIS & ROGER, A PROFESSIONAL
CORPORATION; ANTHONY P. SGRO;
AND MEREDITH L. WEINER,

       Respondents.

No. 76275

FILED

MAY 01 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

DONALD JOHNSON,

       Appellant,

vs.

PATTI, SGRO & LEWIS, P.C.,
DIRECTLY OR D/B/A PATTI, SGRO,
LEWIS & ROGER, A PROFESSIONAL
CORPORATION; ANTHONY P. SGRO;
AND MEREDITH L. WEINER,

       Respondents.

No. 77185

## *ORDER DISMISSING APPEALS*

Cause appearing, appellant's motion for a voluntary dismissal of these appeals is granted. These appeals are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. David M. Jones, District Judge
      Robert Saint-Aubin, Settlement Judge
      Kennedy & Couvillier, PLLC
      Marquis Aurbach Coffing
      Eighth District Court Clerk

19-19078